1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   SARAH G. FLANAGAN #70845
2  JACOB R. SORENSEN #209134
   ROBERT B. BADER #233165
3  50 Fremont Street
   Post Office Box 7880
4  San Francisco, CA 94120-7880
   Telephone: (415) 983-1000
5  Facsimile: (415) 983-1200
   sarah.flanagan@pillsburylaw.com
6
   Attorneys for Defendants
7  THE BOARD OF TRUSTEES OF THE LELAND
   STANFORD JUNIOR UNIVERSITY, LAURETTE BEESON,
8  NANCY MORRISON, JODY NYBERG, MARC WAIS and
   JOHN BRAVMAN
9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13  ────────────────────────────────

14  ABE GUPTA,                                Case No. C-05-0506 CRB

15         Plaintiff,                         STIPULATION AND [~~PROPOSED~~]
                                              ORDER DISMISSING JOHN
16         vs.                                BRAVMAN AS DEFENDANT

17  LAURETTE BEESON, an individual;
    NANCY MORRISON, an individual; JODY
18  NYBERG, an individual; JOHN
    BRAVMAN, an individual, LAURETTE
19  BEESON AS AN AGENT OF STANFORD
    UNIVERSITY; NANCY MORRISON AS
20  AN AGENT OF STANFORD
    UNIVERSITY; JODY NYBERG AS AN
21  AGENT OF STANFORD UNIVERSITY;
    MARC WAIS AS AN AGENT OF
22  STANFORD UNIVERSITY; JOHN
    BRAVMAN AS AN AGENT OF
23  STANFORD UNIVERSITY; STANFORD
    UNIVERSITY, an institution; THE BOARD
24  OF TRUSTEES OF THE LELAND
    STANFORD JUNIOR UNIVERSITY, an
25  association; THE STANFORD
    UNIVERSITY DEPARTMENT OF PUBLIC
26  SAFETY,

27         Defendants.

28

700092262v1                           - 1 -        STIP. AND ORDER DISMISSING JOHN BRAVMAN AS
                                                                                    DEFENDANT
                                                                        Case No. C-05-0506 CRB

1   Plaintiff ABE GUPTA and Defendants THE BOARD OF TRUSTEES OF THE
2   LELAND STANFORD JUNIOR UNIVERSITY (also sued as "STANFORD
3   UNIVERSITY" and "THE STANFORD UNIVERSITY DEPARTMENT OF PUBLIC
4   SAFETY"), LAURETTE BEESON, NANCY MORRISON, JODY NYBERG, MARC
5   WAIS and JOHN BRAVMAN, by and through their counsel of record, enter into the
6   following stipulation:
7   1.   Plaintiff's Second Amended Complaint names John Bravman as a defendant.
8   2.   At the hearing on Defendants' Motion to Dismiss Plaintiff's Second
9   Amended Complaint on October 28, 2005, the Court directed the parties to discuss
10  dismissing individual defendants from Plaintiff's Second Amended Complaint.
11  3.   Plaintiff informed Defendants' counsel that he would stipulate to dismissing
12  John Bravman as a defendant. Defendants understand that allegations as to John Bravman
13  acting as an agent of Stanford University would remain as part of Plaintiff's case against
14  Stanford University.
15  4.   It is the desire of all parties that John Bravman be dismissed as a defendant
16  from this lawsuit.

1  IT IS THEREFORE STIPULATED by Plaintiff and Defendants that, subject to the
2  approval of the Court, John Bravman be dismissed as a defendant.
3  Dated: November 23, 2005.

PILLSBURY WINTHROP SHAW PITTMAN LLP
SARAH G. FLANAGAN
JACOB R. SORENSEN
ROBERT B. BADER
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880

By _____
     Sarah G. Flanagan

Attorneys for Defendants
THE BOARD OF TRUSTEES OF THE LELAND
STANFORD JUNIOR UNIVERSITY, LAURETTE
BEESON, NANCY MORRISON, JODY NYBERG,
MARC WAIS and JOHN BRAVMAN

Dated: November 21, 2005.   By _____
                                 Abe Gupta

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that, pursuant to the foregoing Stipulation among Plaintiff and counsel for Defendants, John Bravman is dismissed as a defendant from this lawsuit.

Dated: Nov. 29, 2005.   _____
                        HON. CHARLES R. BREYER
                        UNITED STATES DISTRICT JUDGE