IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABE GUPTA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAURETTE BEESON, et al.,<br><br>　　　　Defendants.　　　　　　　　　／ | No. C 05-00506 CRB<br><br>**ORDER** |

  Now pending before the Court is plaintiff's motion for a continuance of defendants' summary judgment motion and defendants' opposition. At the hearing on October 28, 2005, the Court directed defendants to file their summary judgment motion by December 2, 2005 and scheduled the hearing for February 3, 2006. The Court stated that it was scheduling the hearing for two months after the filing of the summary judgment motion so that plaintiff could request any necessary additional discovery after plaintiff had reviewed defendants' motion.

  According to plaintiff, defendants served their motion on December 2, 2005, but did not provide him with a complete copy, including exhibits and declarations, until December 14, 2005. Also on December 2, defendants told plaintiff that he would be unable to conduct any discovery from December 16, 2005 until the end of the year because Stanford would be closed.

1  Plaintiff's assertion that he was not served with all the documents until December 14
2 is contradicted by the evidence submitted in support of defendants' opposition.  The fact that
3 he was studying for exams between December 2 and December 14 is also of no moment;
4 plaintiff was aware of when he would have exams at the October 28 hearing and he did not
5 raise any objections to the schedule proposed by the Court.  However, on December 2, 2005,
6 defendants did advise plaintiff that "Stanford will be closed starting December 16, 2005 and
7 will be closed through the end of the year.  Therefore, obtaining additional information
8 during this time period will not be possible."
9  While plaintiff did not make any attempt to conduct discovery during the two weeks
10 before Stanford closed for the holidays, defendants did not advise the Court of this discovery
11 "black out" period at the October 28 hearing.  Accordingly, the Court will continue the
12 summary judgment motion to March 3, 2006.  Any discovery disputes shall be decided by the
13 magistrate judge, as the Court stated at the October 28 hearing.
14  **IT IS SO ORDERED.**
15
16 Dated: January 12, 2006               CHARLES  R. BREYER
                                        UNITED STATES DISTRICT JUDGE

*United States District Court*
*For the Northern District of California*