**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABE GUPTA, | No. C 05-00506 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| LAURETTE BEESON et al., | |
| Defendants. | |

Now pending before the Court is plaintiff's second motion to continue the summary judgment hearing. After carefully considering plaintiff's motion and defendant's opposition, plaintiff's motion is DENIED. This denial is without prejudice to plaintiff filing a Rule 56(f) affidavit in opposition to summary judgment, and is also without prejudice to his renewing his motion to continue should the Magistrate Judge grant plaintiff's expedited motion to compel.

**IT IS SO ORDERED.**

Dated: February 13, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\0506\order2recontinuance.wpd