IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABE GUPTA,<br><br>    Plaintiff,<br><br>  v.<br><br>LAURETTE BEESON et al.,<br><br>    Defendants.                / | No. C 05-00506 CRB<br><br>**ORDER** |

    Now pending before the Court is plaintiff's third motion to continue the summary judgment hearing. After carefully considering plaintiff's motion and defendant's non-opposition to a brief continuance, in and light of the Magistrate Judge's ruling, plaintiff's motion is GRANTED. The hearing on defendants' motion for summary judgment is continued to 10:00 a.m on June 9, 2006.

    **IT IS SO ORDERED.**

Dated: February 27, 2006

                                                CHARLES R. BREYER<br>
                                                UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\0506\order3recontinuance.wpd