IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABE GUPTA,<br><br>    Plaintiff,<br><br>v.<br><br>LAURETTE BEESON, et al.,<br><br>    Defendants.<br>_____/ | No. C 05-00506 CRB<br><br>**ORDER** |

Now pending before the Court are plaintiff's motion for an order shortening time for hearing on his cross motion for partial summary judgment and defendants' opposition. As plaintiff's motion addresses the same issues as defendants' motion for summary judgment, the two motions should be decided at the same time provided defendants are allocated two weeks to respond. Accordingly, plaintiff's motion for shortened time is GRANTED. Defendants shall file their opposition on or before May 30, 2006. Plaintiff's reply, if any, shall be filed by June 2, 2006. The briefing schedule on defendants' motion shall remain in place.

**IT IS SO ORDERED.**

Dated: May 18, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\0506\ordershorteningtime.wpd